**UNITED STATES OF AMERICA**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **Claudio Martinez Almaraz** | : | Case No.: 1:26-cv-00349 |
| *Petitioner* | : | |
| v. | : | |
| **Acting Attorney General of the United** | : | |
| **State of America,** *et al.* | : | **SCHEDULING ORDER** |
| *Respondents.* | : | |

_____

This matter now comes before the Court on a Joint Proposed Scheduling Order to be set as follows:

(1) The Government's Return of Writ shall be due no later than Tuesday May 5, 2026; and
(2) The Petitioner's Reply shall be due no later than Tuesday May 26, 2026.

SO DONE AND ORDERED, THIS ____16____ DAY OF ____April____, 2026.

Karen L. Litkovitz
United States Magistrate Judge